# UNITED STATES DISTRICT COURT
## for the
### Western District of Texas

**FILED**
December 13, 2024
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____RR_____
DEPUTY

Juan Rendon
_____
*Plaintiff*
)
)
)
Carolyn Colvin,
*Acting Commissioner of Social Security*
_____
*Defendant*
)
)
)

Civil Action No. 5:24-CV-00453-HJB

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the **plaintiff** *(name)* _____ recover from the **defendant** *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus postjudgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____.

☑ **other:** The Court GRANTS Defendants' Motion for Summary Judgment, and Plaintiffs' claims are hereby REVERSED and REMANDED for further action by the Commissioner pursuant to the fourth sentence of 42 U.S.S. 405(g).

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☑ decided by Judge Henry J. Bemporad

Date: 12/13/2024

*CLERK OF COURT* PHILIP J. DEVLIN

*Rose Rodriguez*
_____
*Signature of Clerk or Deputy Clerk*

Print    Save As...    Reset